[No. 30987-4-II.  Division Two.  July 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY GEORGE SPENCER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-05040-3, Katherine M. Stolz, J., entered October 17, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong, J.; Hunt, J., dissenting.

[No. 31090-2-II.  Division Two.  July 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DEON MAURICE McCLENDON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04013-6, Thomas P. Larkin, J., entered November 7, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 31135-6-II.  Division Two.  July 19, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL E. ORICK, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-02484-0, Roger A. Bennett, J., entered November 12, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J. Now published at 129 Wn. App. 654.

[No. 31168-2-II.  Division Two.  July 19, 2005.]

S. ROY ALLARIA ET AL., *Respondents*, v. GEORGE ALLARIA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-2-01457-5, H. John Hall, J., entered January 9, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.